IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CR-149 |
| | ) | |
| HARLEE CUMMINGS, | ) | |
| | ) | (VARLAN / GUYTON) |
| Defendant. | ) | |

## **O R D E R**

In this case the Defendant was released on conditions on December 15, 2014 [Doc. 7]. On January 26, 2015, the United States Probation Office filed a Petition, alleging that the Defendant was in violation of her release due to illegal drug use. The Court ordered a hearing [Doc. 9].

Thereafter, the Court, with the agreement of the parties, continued the hearing on the Petition several times, because the Defendant was in drug treatment [Docs. 10, 11, 14]. On April 1, 2015, the Court, with the agreement of the parties, modified the Order of Release to make James Cox the third-party custodian of the Defendant. [Doc. 15].

On June 3, 2015, the Court held a hearing on the Petition. The Government and the Defendant announced that the Defendant had violated the conditions of her release and that her bond should be revoked. However, the Government and the Defendant also agreed that the Defendant had completed all of her requirements to have her bond reinstated. The Court concurred in the agreement of the parties. The Defendant testified at the hearing that she

1

understood and acknowledged that she would be bound by the terms and conditions of the original bond, and she promised to abide by the same.

Accordingly, the Court finds that the Defendant did violate the terms and conditions of her original bond, and therefore, that bond is **REVOKED**. The Court, however, further finds that there are good grounds to now re-instate the original bond [Doc. 7], as modified [Doc. 15]. The Court, therefore, does **REINSTATE** the Order Setting Conditions of Release [Doc. 7], as modified [Doc. 15].

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge